UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
July 16, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| Marco Sanchez, | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | Civil Action H-18-1277 |
| | § | |
| Liberty Life Assurance Company of Boston, | § | |
| | § | |
| Defendant. | § | |

# Conditional Dismissal

1. Having been advised that the parties have reached a settlement, this case is dismissed with prejudice. (7)

2. By August 15, 2018, the parties may move for reinstatement.

3. This court retains jurisdiction to enforce the settlement.

4. The conference of July 16, 2018, is cancelled.

Signed on July 16, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge