UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
August 22, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| Marco Sanchez, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | Civil Action H-18-1277 |
| | § | |
| Liberty Life Assurance Company of Boston, | § | |
| | § | |
| Defendant. | § | |

## Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on August 20, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge